

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
    JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

March 31, 2021

District Clerk Anderson County
500 North Church Street Room 18
Palestine, TX 75801
* Delivered Via E-Mail *

12th Court Of Appeals Clerk
Katrina Mcclenny
1517 W. Front, Room 354
Tyler, TX 75701
* Delivered Via E-Mail *

**Re:** Holoman, Harold Wayne
**CCA No.** PD-1339-18
**Trial Court Case No.** 349CR-15-32178

**COA No.** 12-17-00364-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    Wm. M. House, Jr. (Delivered Via E-Mail)
       Allison Clayton (Delivered Via E-Mail)
       Emily Johnson-Liu (Delivered Via E-Mail)
       Harold Wayne Holoman
       Kerri K Anderson-Donica (Delivered Via E-Mail)
       District Attorney Anderson County (Delivered Via E-Mail)
       Presiding Judge 349th District Court (Delivered Via E-Mail)
       Jason Niehaus (Delivered Via E-Mail)